STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

08-15 c/w 08-3, 08-4, 08-5, 08-6, 08-7,
08-8, 08-12, 08-13, 08-14, 08-47

DUFRENE CHIROPRACTIC

VERSUS

WALGREEN LOUISIANA CO., INC.

\*\*\*\*\*\*\*\*\*\*

ON APPLICATION FOR SUPERVISORY WRITS
FROM THE
OFFICE OF WORKERS' COMPENSATION,
DISTRICT 02, NO. 06-08808
HONORABLE JAMES L. BRADDOCK, JUDGE

\*\*\*\*\*\*\*\*\*\*

**J. DAVID PAINTER**

\*\*\*\*\*\*\*\*\*\*

Court composed of Marc T. Amy, J. David Painter, and James T. Genovese, Judges.

**AFFIRMED.**

**Nicole F. Gould**
**P.O. Box 80614**
**Baton Rouge, LA 70898**
**Counsel for Third Party Defendants-Relators:**
        **Concentra Integrated Services, Inc.**
        **Focus Healthcare Management, Inc.**

**Bray Williams**
**P.O. Box 15**
**Natchitoches, LA 71458**
**Counsel for Plaintiff-Respondent:**
        **Dufrene Chiropractic Clinic**

**Denis Paul Juge**
**3330 West Esplanade Avenue North**
**Metairie, LA 70002**
**Counsel for Defendant-Third Party Plaintiff-Respondent:**
        **Walgreen Louisiana Co., Inc.**

**Errol King**
**Layna Cook**
**14th Fl., One American Place**
**301 Main St.**
**Baton Rouge, LA 70825**
**Counsel for Third Party Defendant-Respondent:**
     **MultiPlan, Inc. d/b/a Lifecare Network, LLC**

PAINTER, Judge.

For the reasons set forth in the companion case hereto, *Broussard Physical Therapy v. Family Dollar Stores, Inc.*, 08-3 (La.App. 3 Cir. __/__/08), ___ So.2d. ___, the judgment of the Office of Workers' Compensation is affirmed. Costs of this application are assessed to the Relator.

AFFIRMED.

1